## STATE OF OREGON,
### *Respondent,*
### *v.*
## RAYMOND R. ORTEGON,
### *Appellant.*
### (No. C 79-01-30313, CA 14686)
613 P2d 112

David L. Slader, Portland, argued and cause and filed the brief for appellant.

John C. Bradley, Assistant Attorney General, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Schwab, Chief Judge, and Joseph, Warden, and Warren, Judges.

PER CURIAM

**PER CURIAM**

The defendant appeals his conviction of robbery in the second degree. We have examined the entire record in this case, and while some of defendant's assignments of error do arguably have some technical merit, we conclude that any errors were not prejudicial. The evidence of defendant's guilt was so overwelming as to require affirmance. ORS 19.125; Or Const Art VII, § 3.

Affirmed.